

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Juan Valles, | § | No. 08-16-00132-CV |
| Appellant, | § | Appeal from the |
| v. | § | 30th District Court |
| Sandra Baker, Alissa M. Uribe and Kim Cole, | § | of Wichita County, Texas |
|  | § | (TC# 183,353-A) |
| Appellees. | § |  |

## **ORDER**

The Court, on its own motion, vacates the March 30, 2017 submission setting.

IT IS SO ORDERED this 7th day of February, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.